# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| RALPH EUGENE WILLIAMS and | : | Bankruptcy No. 07-11685DWS |
| DENICE LOUISE SHIPPEN, | : | |
| | : | |
| Debtors. | : | |

# ORDER TO SHOW CAUSE WHY
# DEBTORS' CASE SHOULD NOT BE DISMISSED

**AND NOW**, this 2nd day of July 2007, the Court having been apprised that the Debtors have failed to appear for a scheduled Section 341(a) meeting although being given two opportunities to so appear;

It is hereby **ORDERED** that the Debtors shall appear on **JULY 23, 2007 at 9:30 a.m.** in the Robert N.C. Nix, Sr. Federal Courthouse, 2nd floor, 900 Market Street, Courtroom #3, Philadelphia, PA to show cause why this bankruptcy case should not be dismissed for failure to appear at the previously scheduled first meeting of creditors;

It is **further ORDERED** that if the Debtors fail to appear at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

DIANE WEISS SIGMUND
Chief Bankruptcy Judge