## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
RALPH EUGENE WILLIAMS and
DENICE LOUISE SHIPPEN,                              :        CHAPTER 7
                          Debtors                   : BANKR. No. 07-11685

### ORDER CONVERTING CASE TO CHAPTER 13

And now, this            day of May, 2007, it is hereby ORDERED

that this case is converted to a Chapter 13 case.

_Diane Sigl_
-------------------------------------------------------------
7/24/07